**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  
**Total Works Infringed:** 130  
**IP Address:** 24.45.252.119  
**ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E<br>File Hash:<br>1417D1E60436334A79D2822C80AED298E3266BFDD20924CF09A99BC161454E14 | 02/17/2024 05:01:09 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |
| 2 | Info Hash: 5D3CD90A21CF1BA66183CA47D9CA49B30D3C19CA<br>File Hash:<br>2A130AF905000D7A6F4CBA401FD8B2412987D1B184DC4D643B1E1DE3007EB952 | 02/17/2024 01:44:58 | Blacked Raw | 11/25/2022 | 12/11/2022 | PA0002384771 |
| 3 | Info Hash: AA99615AE6C723CB3050DAC4D48D914E6D5CC02F<br>File Hash:<br>D4777437331085D9F83529F722265DFAD5117630DB84AAE1C0850A6A96FB67CA | 02/12/2024 23:56:17 | Blacked Raw | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 4 | Info Hash: 07EC80C56B473DD0771AB7D4A3E905994A87A408<br>File Hash:<br>E81BFDFF307EBBEFA816D0064F468B2CDB648B0BC1521785B70B40C95251850C | 02/12/2024 23:54:55 | Blacked | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 5 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash:<br>72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 02/12/2024 23:54:35 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 6 | Info Hash: 44EE8007D31DF8D2883B228679B50BB1595A5667<br>File Hash:<br>55FC2F77E81859E8B87D1F9CF22A955FF16C16FB4A9B88F167E504FEC23C6B40 | 02/12/2024 23:54:11 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 7 | Info Hash: D2598C6EF70B01317BF1D1C93DD046F01FDC3EEB<br>File Hash:<br>5482A22DC4D23FAB10E3CB695D108E06AB2686D2297533353B1FD1040CA5CB05 | 02/12/2024 13:18:21 | Blacked Raw | 06/13/2022 | 06/27/2022 | PA0002354983 |
| 8 | Info Hash: F1DF7C2B1D8FD00420FBF17A5A42BA81CBC4C25D<br>File Hash:<br>656D9E44A6B796CF3CC460338A894A5B54551489EDC8FF4EBDC812FAA0017E5E | 02/01/2024 11:53:38 | Blacked | 06/13/2020 | 06/22/2020 | PA0002245632 |
| 9 | Info Hash: B72D3C77D269B4C27197B79F5D0E68B4E1A7E096<br>File Hash:<br>68DBA67F87A3288D3A5A6A51EC1D0960433A5BCC83951225689821A459169942 | 01/31/2024 23:34:25 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 10 | Info Hash: DBD37806A272E34CF33F9EDAF8BDA6391FF8F7C0<br>File Hash:<br>F2CEB31D14663B616FB0063A1420032068528AEF8F9AE4958BFC424F952510D1 | 01/31/2024 23:34:18 | Blacked | 03/06/2019 | 03/31/2019 | PA0002163978 |
| 11 | Info Hash: 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E<br>File Hash:<br>FBC4A307DFC7F19702E7F160ED53E04D9C37036D235F55A57AD3E47384A11A2A | 01/31/2024 23:33:55 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 01/31/2024 23:33:35 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 13 | Info Hash: 4615FF136FFFC87A2B164521D04F6EF3E16D8EC4<br>File Hash: DDBCC9A12A2BE891DA7F686DE3C3A52E09DB3528C1371FA89709F36254538027 | 01/31/2024 23:32:03 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 14 | Info Hash: 19605E93AD6E797AC80C7A556BBDD357F3EB2ADE<br>File Hash: DF18118B2149110C3D425DAD98720F1482E5D8E5ED1671EEFF9F675545FD24AD | 01/31/2024 12:12:02 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 15 | Info Hash: 2624EA4A5512AAF17272C8E732B1E9AF98FFEC41<br>File Hash: A5A9DF91EA8E81BAA4D7E3BC9E6FCC73648C5CC1DCEE8B4A0451D2D991446ADE | 01/30/2024 01:09:11 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 16 | Info Hash: CD8972855E56ABB5EE842D45CEE0F8223BA251E1<br>File Hash: 885DC8CAA10F9148D1D25C19C4A677DFAE51BA8B6E3BB98EADB71A3DFB946123 | 01/30/2024 01:07:57 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |
| 17 | Info Hash: EC230AAC872FB7D4EA4A619E108BF6A1A3A77D3C<br>File Hash: FD97F090DCD882B33765F8934BD67B3A2A5A13DAC68920051B426DDEE0650978 | 12/20/2023 07:51:39 | Blacked | 03/26/2017 | 06/05/2017 | PA0002052857 |
| 18 | Info Hash: 26AD89FE5BDD6917A7A348FDCB9B0EE6B2C89485<br>File Hash: F15D07A2F38ADA29E834F5A4CD79D31CA38F1D473095750A16C23474FC797DA7 | 12/20/2023 04:46:22 | Blacked | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 19 | Info Hash: 3981818C672261E5A1A0D5B561F7A7FEF98A7805<br>File Hash: 35C429C3F1AF53B7D00E899665896B85A9252E0DFB8DF5CEF31D564AF0FBA1F0 | 12/20/2023 04:43:03 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 20 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash: 52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 12/13/2023 21:24:56 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |
| 21 | Info Hash: A7E7C380ACFFD82D5677CEA9E1DBDFB7E7AAC9A3<br>File Hash: D9BA0C441CE7853B9D5A30776F10AEB1DB32D8E26DB048607D593D9AA98C9D78 | 12/13/2023 21:20:31 | Blacked | 10/07/2023 | 10/18/2023 | PA0002435291 |
| 22 | Info Hash: 6671533EE8277923DF4254534389F8630C5BF901<br>File Hash: E0FAF6BEA1F4A89CD20AC1663D44E496BEC7768D3B10A75F9EC68A970EADA341 | 12/12/2023 04:37:50 | Blacked | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 23 | Info Hash: E429ECEA3CC731EE2C160A6E4D77991FECDF8897<br>File Hash: 943CE63AF177C286436B0F920E4BF8839892501E7E9A9946C2E284728D74543F | 12/12/2023 04:27:26 | Blacked | 11/11/2018 | 11/25/2018 | PA0002136642 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: D629C1BE08933BB60DF199F6F24E3812EA2C6C73<br>File Hash: B6A76B9FE28D9B34D14C72456A036267F1B7DC9B3588D3E3564E883B38BA8042 | 12/07/2023 08:06:02 | Blacked | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 25 | Info Hash: 251E98FDDBF487C34DF4A4378903DF0134382A03<br>File Hash: B16D5B37DC5D64EF629C18B33A934DA9B5FE3D11B60F02EBDE2AE911BC2F2DA9 | 12/07/2023 04:08:40 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 26 | Info Hash: D513F1B4A7C6B72B1F1CE73FCC38227A6251E4CA<br>File Hash: B1A9B067D965F663167F374E2A324CC6DF97235052305D2DF8D2BFA75A6CE26A | 12/07/2023 04:06:44 | Blacked | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 27 | Info Hash: 1D8C99B00AD138010A90E2C90CAF50FD026C7A08<br>File Hash: 401885011E3BCE8CA80559E5B6FB73D5125A715B86CB32A6EBF7E8ECAC5E1CCE | 12/07/2023 04:06:33 | Blacked | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 28 | Info Hash: F94E87476C52350B5127217590A29ED13A5D0200<br>File Hash: 8D091CD4C3E57A6D93ABA42AD5BB62D619E6A86A43746DCFDC3619D5A72B71E0 | 12/07/2023 04:03:42 | Blacked | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 29 | Info Hash: 34F54A5FA7A7B73FBBE7AC8C2502DD9CAB334ABA<br>File Hash: 85CD1136215B89FE85060DA735A41FCF95B3255AACE5DA1883E1E79E1CE0E927 | 10/07/2023 13:25:34 | Blacked | 04/16/2022 | 04/23/2022 | PA0002346424 |
| 30 | Info Hash: 7AA9EE0B623B3876BDBBB4854D311BA014697009<br>File Hash: 577DD7CC610D0E87E1C3540C9B8C3AC9468189E7F0EDCD628D3AD9AAC0E2209B | 10/07/2023 13:25:21 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 31 | Info Hash: EB47F81C15C54459708C14DB936FC4FECD096247<br>File Hash: B8C24E0F9F7116A15F4C7A2D388B095201E7EEAEA2949651341413EED5D108A3 | 10/07/2023 13:25:21 | Blacked | 03/11/2017 | 05/25/2017 | PA0002049782 |
| 32 | Info Hash: 4106A13C202184096D2650812526689C1BAA28BF<br>File Hash: 4B1FECCDAC24AB3BDE76DC58AE667B0B94C3D84819961C31FF27CCD6E8B05D57 | 10/06/2023 01:17:50 | Blacked | 09/02/2023 | 09/18/2023 | PA0002430909 |
| 33 | Info Hash: 9DBC002C5F7B3E055A7C6B8486EFF5415A4D4850<br>File Hash: 5B8960146434E29DCAB101D3495A822B0599EBD46F053B646177461970D3E317 | 10/06/2023 01:15:54 | Blacked | 03/11/2023 | 04/09/2023 | PA0002405763 |
| 34 | Info Hash: 6810DDE1ADC5669F48AB834BA41E44DCFCF9E491<br>File Hash: C6E947F22953C931313C2ED8C3EC3EA8B03345A96C38EA5AE71EC1D1F7303F51 | 10/06/2023 01:12:30 | Blacked | 08/26/2023 | 09/18/2023 | PA0002430902 |
| 35 | Info Hash: EDEFF260580ABC2B4E7E910F8D43B87A326D4F1D<br>File Hash: 6D9DF80B165F756F81B57875E84BBC91BF9799194751401B5DF52D57212B33A1 | 10/05/2023 13:22:25 | Blacked | 08/19/2021 | 09/30/2021 | PA0002319753 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 9A8D0DF2EDFD199D52065950FFB980EAE528B554<br>File Hash:<br>39E7A5BB99890B1DC8CE6430C1D42239CE19EFD153FF680F973B578FF36E6E21 | 10/05/2023 13:22:02 | Blacked Raw | 08/19/2021 | 09/30/2021 | PA0002319752 |
| 37 | Info Hash: 4F70346496056E0FBF256B4EB5DFEA81D14A2600<br>File Hash:<br>B89A6EADF78BF85DA54F3644F7E54DCC946E028F5199FE58E0F2C5552DA991EF | 10/05/2023 13:20:32 | Blacked Raw | 04/14/2023 | 05/14/2023 | PA0002411257 |
| 38 | Info Hash: AE1E63C738F0395E80CE586DB9CF5726707324B7<br>File Hash:<br>4813C4272BC4E97B0C572A9ACCCCAAA8A0DF79113B71EECA9E128E7F1BF14F40 | 10/05/2023 13:19:59 | Blacked Raw | 04/19/2023 | 05/14/2023 | PA0002411264 |
| 39 | Info Hash: EAB2397384B19AA89B987261808AB979F962822E<br>File Hash:<br>6603E3B54B2503DA948AB6D6F05E3CE18E3220BD3E45F2EF217F231364844512 | 10/05/2023 13:14:23 | Vixen | 10/28/2022 | 12/11/2022 | PA0002384773 |
| 40 | Info Hash: 81B02CD85EE3E124DD7434CB247E4A39744F00B2<br>File Hash:<br>818AC4B5EF669603621F5681FD02BBDB4F8FDCEE9BF605E1C37154C050EF4F61 | 10/02/2023 22:47:14 | Vixen | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 41 | Info Hash: 1A3BB4E8163B5F1CD768FCF274F03B6512CC0872<br>File Hash:<br>B21D9A5CEA58190545E356A4787140107DB2E6BD3D00903869BEE3827FA3CA3A | 10/02/2023 22:43:38 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |
| 42 | Info Hash: 788197C64647DCC582F5CA1970A1204C18CDDA8C<br>File Hash:<br>1730527DEA8B82C2770E6D183CE131EF4009F3333B74214FA131679F2AACEF27 | 10/02/2023 22:41:44 | Vixen | 06/23/2023 | 08/22/2023 | PA0002431034 |
| 43 | Info Hash: C19D5A3BD5F794D114616FE5B8F3084E96421342<br>File Hash:<br>BE59C0A7B24237D9DFFBE9C12524025D1BA35213C67E371395B97CC9FB46CA54 | 09/13/2023 03:36:19 | Blacked Raw | 05/24/2023 | 06/09/2023 | PA0002415389 |
| 44 | Info Hash: 9A7C978EDDC1EDC8C50DF127F82C6120C1B9C5DE<br>File Hash:<br>E18D1B2C35D24CC3D2C84D65730F7B016AA3E2B8671306859A0AB104ED291E59 | 09/13/2023 03:35:07 | Blacked Raw | 05/29/2023 | 06/09/2023 | PA0002415372 |
| 45 | Info Hash: AD14FD391877443754B02FB5C33C406D5A73C26C<br>File Hash:<br>68F852966DC34FFB84507A572F93A5C01B3D2E6E080AC1CE672FC21BD21C676E | 09/13/2023 03:34:37 | Blacked Raw | 02/28/2023 | 03/05/2023 | PA0002399873 |
| 46 | Info Hash: 0F61E6587DD239C75A26F7F17E8F3C9523DFA62D<br>File Hash:<br>B728F190BDC937B49FBDAB40D7C1D0151BC35F58FC6B83F6464B94FAA0F79773 | 09/11/2023 03:22:05 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |
| 47 | Info Hash: 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C<br>File Hash:<br>586893E43CB7D0015D78CEB0A8BCD237A3DA3E6EA2BDE57CF7D7278B51BC54BC | 09/11/2023 03:20:34 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 756376DDFAB1DDD4A1AD5DD35D6122CC5558088B<br>File Hash:<br>7750FF4C4C266EE1CB6E99EF97FA9803F42590A21A07F810A7343795C392B94C | 08/09/2023<br>13:34:41 | Vixen | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 49 | Info Hash: B0A72F71419EABC9E8980278BE2DC222A7459AA1<br>File Hash:<br>67EA21B19511A5BCF2369F98880E5115028D0975AB2D564AA6B5359007C5FBE0 | 08/08/2023<br>22:03:32 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 50 | Info Hash: 3A1EF43EC9451A65BD76019B0D4B99B337BEB1E1<br>File Hash:<br>292C680862EB7562E90DCD4856FEA9B5B4AA7DC50B7F49F550FB5342B4E3CA29 | 08/08/2023<br>22:00:09 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 51 | Info Hash: 81F397DCF1A4D0D15398516CF3287F7F8C0EF9E3<br>File Hash:<br>263BDE1AC6C181EEFB9D4ECD6B073F68E4ECB22381DBDC93545527985806DA9D | 08/08/2023<br>21:58:57 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 52 | Info Hash: 2388A8BAE2D7A66AC8E2823957B738E7F08DD63D<br>File Hash:<br>70135C7904E63EA4F0668F4F63D95BEC1A2EF92598A53768A2C4F2C420C88F8D | 07/20/2023<br>12:13:16 | Blacked | 05/27/2023 | 06/09/2023 | PA0002415390 |
| 53 | Info Hash: B363647575BA54B6B923C05223F4A92289A30083<br>File Hash:<br>4EC8B4DD67C4ECB63D03456468A0B6538CD12C60BC25054CDDCC3698AEF101CB | 07/20/2023<br>12:11:41 | Blacked | 09/12/2020 | 09/29/2020 | PA0002258684 |
| 54 | Info Hash: 8FA3CA33BA6C045B4C5C47B69541A86376772F6C<br>File Hash:<br>871FEC79ED5A2B2D246C3346AD3C02BBD95C1E28D1A81DF416B735D553F314ED | 07/12/2023<br>02:27:18 | Vixen | 01/22/2021 | 02/26/2021 | PA0002283698 |
| 55 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash:<br>6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 07/10/2023<br>17:11:56 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 56 | Info Hash: 3E0C1C5F1E26E8922045CD0C97E9A66630A50E8E<br>File Hash:<br>C0BF3B860D0EE1CC072E8FBD4E0215028099BD326A86A63815733649C5D9FB74 | 06/05/2023<br>05:11:24 | Blacked Raw | 02/26/2020 | 04/17/2020 | PA0002252443 |
| 57 | Info Hash: 5A029B90C07C180961C2A696EADA976E929E3359<br>File Hash:<br>AD396942689A6BDF7C442871D92D3BEEEA7F1329BF923F0F03925E8CB77BECB3 | 06/04/2023<br>18:02:09 | Blacked | 09/29/2021 | 11/11/2021 | PA0002321302 |
| 58 | Info Hash: 9B7BD9A568B6C7A5F5271B5BBF9A4F9F72EA34C8<br>File Hash:<br>1D445F0C7D284CCDD1F4E85F49F757D22681A0C0A018FAA095C758E5667DCB6B | 06/04/2023<br>18:00:47 | Blacked | 05/16/2020 | 06/22/2020 | PA0002245639 |
| 59 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash:<br>D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 06/04/2023<br>18:00:47 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 4E94ED79494685938C1A0B5F42BCD1C30F137C0D<br>File Hash: 4A44419A681C9E6241CCB8B2699BED33A47675D5848ED22EE581BD39525AD13C | 06/04/2023 18:00:47 | Blacked | 01/20/2020 | 02/04/2020 | PA0002225586 |
| 61 | Info Hash: CCB036966D15109AEF226C917EB117567355E4D4<br>File Hash: 3546FEAD7F9F6CCC421ECD4E80B0D58FDD60807BC4596D879F7750C3CC2693F6 | 06/04/2023 13:42:32 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |
| 62 | Info Hash: 3E1472CE4927D29E0B4F0CA77411FD41701023D9<br>File Hash: 4799D5AA929AC6D1B9DF8657611CB181BB0A5B1528288FAC788F536C310761DD | 06/04/2023 13:41:03 | Blacked | 06/03/2023 | 06/09/2023 | PA0002415360 |
| 63 | Info Hash: 30219F5EF1E4B77DB42BCC64543DF5B1AE98239E<br>File Hash: 754328AD4A4BC4F60A62464516F3E471E5A3E5CC77E924F967655D5A593B23D0 | 06/03/2023 18:25:05 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 64 | Info Hash: 5A06B4EA4DB48984499F2E9EA7213220E835089D<br>File Hash: BA0039981B99B9313230F78DE7EFC18799267664FDD0FF39787FB2CCB1AAA302 | 06/03/2023 18:24:48 | Blacked | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 65 | Info Hash: 901129DA9629352ECBB99FF90FE06A5F749AF4DD<br>File Hash: 85A7466AB207044CB5BC6CCE07196BAD5B9332BE73381F73EF3600069E0123E2 | 06/03/2023 15:23:10 | Blacked | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 66 | Info Hash: FD5E373399EF472BD00ED045C4D244E369622FF6<br>File Hash: 9EB075C285CE99D344A86006173F55E8A3864EF21DD1B23C8BD8FEBD944DC12A | 06/03/2023 15:19:32 | Blacked | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 67 | Info Hash: E0805C7C54BD9B9777F151B670B78A4D50290951<br>File Hash: 2451AEF8181351CC573FE3F94B27891F2B4BA32C456BEB3E0B757E37AF34F1FE | 06/03/2023 15:16:44 | Blacked | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 68 | Info Hash: E895E4E69F428DABB264A9F9B1A6F7955127088E<br>File Hash: 5C0E107DE9B1064D5AE69C75660919DBC4250C25E3FFCD7E0A3E495F438BB5BB | 06/03/2023 15:16:12 | Blacked | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 69 | Info Hash: 443346D910462F18853070DF1C25BF573F937731<br>File Hash: 9B816F6ACA11F1602949AAD44C208103EBBC27FA063550F93EF58792E4D38370 | 06/02/2023 12:16:28 | Vixen | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 70 | Info Hash: C8EFA09EF1CAEC72B25969BB84371884337D26B7<br>File Hash: 2B48BF80994FE8ADD80272D319EFE665CE200431FF0D0EF916F6280B3D97D1A3 | 06/02/2023 12:16:05 | Vixen | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 71 | Info Hash: 4577E56ABE4B7F3BA8A72106C4F58220F426B639<br>File Hash: 37CFD558D71D865BB724D5696BBD89C3D2B21AB67276C421F661E3BB18299DD4 | 06/02/2023 12:15:22 | Vixen | 03/30/2017 | 06/05/2017 | PA0002052862 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash:<br>7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 06/02/2023<br>12:14:21 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 73 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash:<br>1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 06/02/2023<br>12:12:16 | Vixen | 12/25/2020 | 02/02/2021 | PA0002280511 |
| 74 | Info Hash: 884DA7AA056831D612E0037E6E26995B11A691DF<br>File Hash:<br>50FEAD7B1DD8EBD259186894C408CAAA8D6173A24F67B7F320459ADB94EDF9D6 | 05/30/2023<br>13:38:18 | Vixen | 10/06/2017 | 10/19/2017 | PA0002090453 |
| 75 | Info Hash: FCD99D722E3C095513A32CD01038752B46784E75<br>File Hash:<br>20D25496654ED4B3AADF295CB4DD30D7E1D37A8A9341463E0930D8FF739BD464 | 05/30/2023<br>13:26:06 | Vixen | 10/26/2017 | 12/04/2017 | PA0002098029 |
| 76 | Info Hash: 288EBA072091AF90DF7E22989C4BC66087B2C773<br>File Hash:<br>C33B12F73EDE6B2928DDAADAB8360F08C1F8825C266E5D06A5B8E5F351889D4E | 05/30/2023<br>13:23:15 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 77 | Info Hash: 99C0003686046E848CDB8C0D2B09F797C1702974<br>File Hash:<br>C3A3E8AE9285F94208B9F7A8DD06DCEEB8259C3E39B3F243FB6A16329FCB983B | 05/30/2023<br>13:16:49 | Vixen | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 78 | Info Hash: B55C7708B892FA67A69101E534830159A8B54FA7<br>File Hash:<br>26D128F13C3DA8EFDEAF542A65E90F7DC9C557D9AA0334541EAE33CD7B5E0FB9 | 05/30/2023<br>13:04:24 | Vixen | 08/27/2017 | 09/15/2017 | PA0002052843 |
| 79 | Info Hash: 233FE1DDE386135FBD278B12267166A7979E6F39<br>File Hash:<br>EB953EF564D5AEB0A18F09AAE4495AB81AA3C0D98BF1C9CCF96D0EDBEC15ACEA | 05/30/2023<br>13:02:48 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |
| 80 | Info Hash: BE334DF28CE1F42B8FA4975A288A0F3DA926A161<br>File Hash:<br>8A8593226CE2AB84B710688ED813220C2ECB3F0A8097512D061D47829EB7ED12 | 05/30/2023<br>13:02:40 | Vixen | 10/21/2022 | 11/01/2022 | PA0002378075 |
| 81 | Info Hash: 9BE662B860660A5181956A60790995E6D43AC5F7<br>File Hash:<br>40E44FD4BBEC21822154036E7DB3D0EF7073478EA09FE7D933CB8BBE91A05DF0 | 05/30/2023<br>13:02:25 | Vixen | 05/26/2023 | 06/09/2023 | PA0002415392 |
| 82 | Info Hash: D40E1D6B575B0F2EF6B61AC0FCF426C0244768C2<br>File Hash:<br>A63DEB4026D01320B444D291CEA691B6251858B775B8EF41398A7A8A359AB00C | 05/27/2023<br>15:46:48 | Vixen | 02/08/2020 | 03/18/2020 | PA0002241445 |
| 83 | Info Hash: CEA057D29EB63DA4A64DA76A1DE44279A71F4318<br>File Hash:<br>CBF2BD16CF86E12BF9C1E246D1600C367825B024DBBB59089BCBBA545C2CA3FB | 05/24/2023<br>08:07:21 | Vixen | 02/23/2018 | 03/01/2018 | PA0002079181 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 971D829BEDD067FBA2A4BC747017E19DD4EEBF34<br>File Hash:<br>0216C7EFA1141D7AD3CBABECF7047E8357A003942B22B67A965C7AFE2D603173 | 05/24/2023<br>08:07:20 | Vixen | 09/01/2017 | 09/15/2017 | PA0002052845 |
| 85 | Info Hash: 34EA5C14685CC758F7216A6AE68F51E86DB46E91<br>File Hash:<br>355D5DBC56381D863224E3A0B41FC1320271448B44B9E6C025A0741B002B69F5 | 05/24/2023<br>08:07:16 | Vixen | 02/03/2018 | 02/20/2018 | PA0002104152 |
| 86 | Info Hash: 83D2EED88C6681D044DB23C46A0921B9990D4A17<br>File Hash:<br>DCBDDC4501CB08801EBDA74361F9980056C58AE609294A8ECC472866CC76B573 | 05/24/2023<br>01:39:30 | Vixen | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 87 | Info Hash: DA9FC5624A00B5B18BEFBCF28AB66119198189DD<br>File Hash:<br>A790D67972270A9C923425B5B622571F18871C5E7F96E96867150001EDD3B377 | 05/21/2023<br>23:09:36 | Vixen | 04/16/2021 | 06/09/2021 | PA0002295602 |
| 88 | Info Hash: 8995DF84511B3DCA5F9A125B10488A637DE109A0<br>File Hash:<br>B5F41AB4DC73001A1BAE11E1D7EEB8A9F928DE9CBA72089D9BA8231BEF63EECE | 05/21/2023<br>20:04:41 | Vixen | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 89 | Info Hash: 0ED1618079E29D4BB708465328D67B227B1AA795<br>File Hash:<br>74BFE94A22A1AE503CFC1932F5AD24D246D29B424A39F00629A536CC93B83BAF | 05/21/2023<br>20:03:33 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 90 | Info Hash: F518524A3E8B5819DB451A88F725D979F728EC34<br>File Hash:<br>214831A9AE0BDE41D7CC70624EDBDC1409C5DCDC9C98B7E89CCFD1662F95A0E7 | 05/21/2023<br>20:03:10 | Vixen | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 91 | Info Hash: 7840E899EC57DDF846E589EA8BA4C5FDC7465FC3<br>File Hash:<br>53769DE0CAB8EED27CBCECFD04DFC51122F7B461817906F4E8FEA8300B155A48 | 05/21/2023<br>20:01:15 | Vixen | 05/22/2020 | 06/22/2020 | PA0002245640 |
| 92 | Info Hash: 886C165531255F8392293B0B77B178B2D17B68AA<br>File Hash:<br>B49B73377A62346E9963D0EE8A81750272F5071007258C42DFD4B06E5D2DAB2F | 05/21/2023<br>20:00:41 | Vixen | 03/05/2017 | 05/25/2017 | PA0002049788 |
| 93 | Info Hash: 020E4F3130F70D056AA541C7DCB45BB96987491D<br>File Hash:<br>365ADEA596D33689CF1320BD7DB91433BED05EB2F09978D85B7B9A90469C59EE | 05/21/2023<br>19:57:02 | Vixen | 05/05/2023 | 05/15/2023 | PA0002411290 |
| 94 | Info Hash: 157618393CFA691C3FEFAF1E32B95F88A74514FB<br>File Hash:<br>BFF1CD11C9B5BA3BFC347D7D5B8E68CDEA3B44BAD85E9DCE9633492C1036C05A | 05/09/2023<br>04:22:05 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 95 | Info Hash: B9E072232E0539EEBAFF9F6141443FE228C52360<br>File Hash:<br>FE5649F2B0117B18A3184D7E3270BEC3E0F7FC2A99429C86561E918342B6DEE1 | 05/09/2023<br>01:21:28 | Blacked | 12/21/2017 | 01/15/2018 | PA0002070941 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: A83A42765A2BDA4C9A5AD8644F21D430BFB91623<br>File Hash: B54B1F8DD404D74A4E587A5EB63E85AB787BA24AF80C58B576826EA04FB96D32 | 05/07/2023 05:16:14 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 97 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 05/07/2023 05:14:50 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 98 | Info Hash: 83E5CC90978D29577233ED709F7716D44CA1DC25<br>File Hash: EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 05/07/2023 05:10:05 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 99 | Info Hash: E2CA4D4217E8E7EDD519E8CC21101219F0611D8A<br>File Hash: DCBE041407D9045781E5318840AEAEEE2E846C4FDB72FA4FF168C59CEC30F0EA | 05/07/2023 05:03:48 | Blacked | 09/19/2020 | 09/29/2020 | PA0002258681 |
| 100 | Info Hash: 400C79568733E316B6F04F2BABBCED1CBE86E5F9<br>File Hash: 751E3A0BD5BC4CBBE9A13BF7946A36257CC06F3039A1936AA16DC15801A31BC3 | 05/05/2023 11:31:17 | Blacked | 05/29/2021 | 07/08/2021 | PA0002300658 |
| 101 | Info Hash: 36DA7FCCE78EB7E0849DDB47D6756F16E4B04F41<br>File Hash: 4A36B6F95EEFA0C0CD62A7E15035DFD57354A29C633509044D64B6DF03341013 | 05/05/2023 11:24:27 | Blacked | 04/03/2021 | 04/14/2021 | PA0002286725 |
| 102 | Info Hash: E5DF37D5C860370BE63F9ADF29F983225E29522C<br>File Hash: B23E448A9D88494517CE0A2C159F8BE98332800187C6823A8F0866D1C83E5CC9 | 05/03/2023 03:53:45 | Blacked Raw | 11/16/2020 | 11/30/2020 | PA0002266360 |
| 103 | Info Hash: 2862FA0426C54DF5E65C7A671C2FAC7887418C6F<br>File Hash: 33323486571753E5D76822CDCC102A957F57DE62E5AF27D8C951EB06958D0989 | 05/03/2023 03:42:01 | Blacked | 01/09/2021 | 02/09/2021 | PA0002276152 |
| 104 | Info Hash: C57AA08E54DCBD782F4B9A53E17C7AB932215387<br>File Hash: 00501D72C3CEB16F94D0A71BBF3FC9FBC900FB20709FDCE26FD83C39119C9538 | 05/03/2023 03:39:46 | Blacked | 11/21/2020 | 11/30/2020 | PA0002266354 |
| 105 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash: 58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 05/03/2023 03:38:02 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |
| 106 | Info Hash: 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash: 55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 04/01/2023 22:09:19 | Vixen | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 107 | Info Hash: 84A2DA2B5B8B40832873EAF3064B0224D3AA0A4D<br>File Hash: 24CF9A748B31970324ABC18B103B89AB6C07A2814A6C10ED174FE47A658CA9BF | 04/01/2023 22:09:18 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 04/01/2023 22:09:13 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 109 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 03/31/2023 05:45:49 | Blacked | 12/04/2021 | 12/09/2021 | PA0002325833 |
| 110 | Info Hash: 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5<br>File Hash: 57A014FBA5622734EA82329D6DDFC1406AE942765033D5A4682F1A3DA92CEED8 | 03/30/2023 12:23:16 | Blacked | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 111 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash: 85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 03/30/2023 12:22:37 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 112 | Info Hash: 4B24D390980E6890D9686CF7EF9A4CF53B21A5C8<br>File Hash: 77D3E0E534080E4F719298FDE4A7CAE92CB4369F3520AF668ED0586887B2CC2D | 02/11/2023 16:12:59 | Vixen | 04/14/2018 | 06/19/2018 | PA0002126645 |
| 113 | Info Hash: 35E7759DACABAA415286F6213D524FFC8A2D027D<br>File Hash: 1A8BAE29D252E6E4F854F833EB3D5B400D958E9F9E0ED473029FE5A72A98C71C | 02/11/2023 15:51:38 | Blacked Raw | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 114 | Info Hash: 4ED2350365BDA4C8207A8CCEDBC81B0340E58ABC<br>File Hash: 42BFA57239AC6310293F89186960CE0FBAB1526442CDDA853D6141F6A6EFCD68 | 02/11/2023 15:42:27 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 115 | Info Hash: AF96EE573EB75078F49ABE87BB1FE91A3F15C177<br>File Hash: 68ED6A95AB2DCBC2551585DA2E428A2B9A052774D64B8426A22A6FFA825629F1 | 01/13/2023 20:55:11 | Blacked | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 116 | Info Hash: 5EBAA857DB4CB94E7B579561C0FBE666094E0A10<br>File Hash: 1FC7F6CAF9BCD0764A89E8ABD1F6E4A77DC4710FA7FAE67E76670DF36E184092 | 01/12/2023 03:19:39 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 117 | Info Hash: 7B364338CD90FC951B3F536B186EBA30DE4246FC<br>File Hash: 47D5D91B9FC9B159E2197591B985D3FA522768EB287C61D168901FCE02CB921D | 01/12/2023 03:10:50 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 118 | Info Hash: 05A7B52E88CC9418AD100770A8B91C7FCBB1C243<br>File Hash: BEFADF46F75084FE9D72C5C17C867576423934986E024947FA06A1ABB7E2DBE2 | 01/12/2023 03:10:16 | Blacked Raw | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 119 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash: C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 01/12/2023 03:09:56 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: 9A5ACC9C958C00F1B826AC91A7DB3423BCE3F400<br>File Hash: 3907F5F1B4D7BDF3C32081D6DFECFDA0FFC5A500A4853B1F1B0294CA71241F2B | 01/12/2023 03:09:44 | Blacked Raw | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 121 | Info Hash: A79E1BEA716422681872B46A4AC579C82B92D143<br>File Hash: 4BFFA4BEDA4DA82D9C1C41DB5B85569501D6F5158228026CBE8B3B956EA24299 | 01/12/2023 03:09:21 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 122 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 01/10/2023 02:52:34 | Blacked | 10/17/2020 | 11/05/2020 | PA0002263387 |
| 123 | Info Hash: 536ABC94E6CDF73726BABE11B761EF2FE1FBCDF2<br>File Hash: 1A4AB873A4D067DEDDFA89D43DE68DE095AE8A34C247496C16B2E84F3C6C80EF | 11/29/2022 05:18:00 | Blacked | 11/12/2022 | 12/11/2022 | PA0002384761 |
| 124 | Info Hash: 1D81FEA281B869419D30E8D1CF76D7E50108E216<br>File Hash: 7A6712A8EEB567F036E325C78A2D6E5437475F6CF4AED1E7F25A02B345585AE2 | 11/26/2022 07:47:33 | Blacked | 01/16/2021 | 02/09/2021 | PA0002276150 |
| 125 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 11/26/2022 07:47:17 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 126 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2<br>File Hash: F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 11/26/2022 07:47:12 | Blacked | 01/22/2022 | 02/14/2022 | PA0002335440 |
| 127 | Info Hash: 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2<br>File Hash: 91586FC60AEA8195E518F7211642E75475C9BFD182FEA0517D1CBA403D777473 | 11/26/2022 07:46:57 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 128 | Info Hash: 33DEBFD16F53996E2A3BD27C4BB5E609F0943E54<br>File Hash: 1A5D9A40E8EA252B70883140ECA5844D396D908269D4AE083966CF481D46B7EC | 11/20/2022 08:14:07 | Blacked | 11/19/2022 | 12/11/2022 | PA0002384693 |
| 129 | Info Hash: DEAEF69A92F1519FAEC0425DEC4DC04534E71CF3<br>File Hash: 3CDA231B56F1E98746A3C2AE9ADD5702103A140C0D988E45ED3A56D5ADFF2FA5 | 11/15/2022 23:28:00 | Blacked | 05/07/2021 | 06/09/2021 | PA0002295580 |
| 130 | Info Hash: CD0A15EE3729AC75B93E7D7101EA9E80266492FB<br>File Hash: 026F54F53E0E8FB3B27DCFEDAF9BF74136972B838CB5474AB7BDCBC98C321FD5 | 11/15/2022 23:26:12 | Blacked | 11/27/2021 | 02/03/2022 | PA0002341770 |